IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR87 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOEY D. HUSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [30]. The parties have executed a pretrial diversion agreement and requests the matter be set approximately 13 months in the future. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [30] is granted, as follows:

1. The jury trial now set for July 31, 2023 is continued to **August 19, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 19, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Telephone Status Conference set for November 28, 2023 at 3:00 PM before Magistrate Judge Susan M. Bazis. Conferencing instructions will be provided under a separate order.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** June 8, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge