IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JOEY D. HUSTON,<br><br>    Defendant. | 8:22CR87<br><br>ORDER |

  This matter is before the Court on government's Motion to Dismiss Indictment (Filing No. 56) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Joey D. Huston.

  The Motion is granted, and the Indictment against Joey D. Huston is dismissed without prejudice.

  IT IS SO ORDERED.

  Dated this 20th day of February 2025.

                   BY THE COURT:

                   *Robert F. Rossiter, Jr.*

                   Robert F. Rossiter, Jr.
                   Chief United States District Court Judge